IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-CR-355 |
| ) | |
| HARES FAKOOR, ) | |
| ) | |
| *Defendant.* ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 2259, the defendant is ordered to pay restitution in the total amount of **$8,350.00** to the victims listed in Attachment A.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' name, address, and respective total loss amount is listed in Attachment A to this Restitution Order.

4. Interest

    ✓ _____ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/
Anthony J. Trenga
United States District Judge

Honorable Anthony J. Trenga
United States District Judge

ENTERED this 5 day of March 2020
at Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

William G. Clayman
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3700
Email: william.g.clayman@usdoj.gov

Cary J. Citronberg
John K. Zwerling
Counsel for Defendant
Zwerling/Citronberg PLLC
Counsel for Defendant
114 North Alfred Street
Alexandria, VA 22314
Telephone: 703-684-8000
Email: cary@zwerlin.com
Email: jz@zwerling.com

## ATTACHMENT A TO RESTITUION ORDER

| Victim: | Loss Amount: |
|---|---|
| Cusack, Gilfillan & O'Day, LLC, for "Cindy." <br> 415 Hamilton Boulevard <br> Peoria, Illinois 61602 | $1,000 |
| Marsh Law Firm PLLC in trust for "Jenny" <br> ATTN: Jenny <br> P.O. Box 4668 #65135 <br> New York, NY 10163-4668 | $2,000 |
| Marsh Law Firm PLLC in trust for "Casseaopeia" <br> ATTN: Casseaopeia <br> P.O. Box 4668 #65135 <br> New York, NY 10163-4668. | $1,500 |
| Deborah A. Bianco, in trust for "Maureen" <br> 14535 Bellevue-Redmond Road, Suite 201 <br> Bellevue, WA 98007 | $1,000 |
| Deborah A. Bianco, in trust for "Henley" <br> 14535 Bellevue-Redmond Road, Suite 201 <br> Bellevue, WA 98007 | $1,350 |
| Carol Hepburn for "Lily" <br> Carol L. Hepburn, P.S. <br> 200 1st Avenue West, Suite 550 <br> Seattle, WA 98119 | $1,500 |
| Total due from defendant: | $8,350 |