Hon. Judge Trenga

F I L E D

OCT 3 0 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

①

I am requesting compassionate release under
3582(c)(1)(a).
COVID-19 was detected in at least 1 inmate on
6/21/2020 after a cotton swab test was performed
on him while a group of us were being
tested for RDAP quarantine. With RDAP my
release date is scheduled for July, 2021. We
are all from the same building.

After we returned to our unit, a few hours later
inmate Antimarche was removed from the building.
The next day 2 other inmates had high
temperatures of about 102° and were removed.
On Oct. 22 a memorandum was issued
by LCDR Ronell Copeland, RN that someone
tested positive in SHU (special housing unit)
and that another inmate shipped in from
Elkton FCI was thought to have it but
tested negative. Inmates are regularly shipped
in from other institutions. You've received
a letter from my dentist noting that
she noticed pre-cancerous white lesions in
my mouth in 2013, that I've been
smoking since I've been a teenager,
and that I am at high risk for
COVID-19 and it could prove fatal for

me if contracted and that I should
be protected at all costs from COVID-19.
This was recorded as part of my medical
history. Fort Dix cannot protect me from
contracting COVID-19. Several people inside
of my building have probably contracted it.
Since April the COVID-19 quarantine building,
5851 has been occupied by inmates without
respite. As inmates we are regularly
kept in the dark as to the nature of
COVID at Fort Dix. Even David Ortiz,
warden, admits this is not a safe
environment. In his April 2 memorandum he
states word for word: "Social distancing
is not possible in this environment." A
few days later the memorandum was taken
down from the inmate bulliten. You've also
received a letter ~~seve re~~ by my doctor
stating my tobacco use since I have been
a teenager, and that I am at high risk
for COVID-19.

My Physical Health Concerns
In 2016 a lump formed in my throat,
at the trachea section of my throat.
I believed and hoped it would go away as
I've had bronchial issues off and on since
I've been a teenager due to heavy tobacco
and marijuana use. The lump is still there and
I haven't been able to get the BOP to
look at it in spite of nearly half a dozens
requests I was seen by one doctor who
instead of addressing my issue passed me off
to my main doctor saying "I think It's better
if he address it." I had to file 2 more copouts,
one which explained the above situation and
I was seen by a nurse who took my blood
and put me on a waiting list for someone to
go over my case - she mentioned my bloodwork
from 3 months prior was rejected by the lab
because it was sent out late, and this was
the first time any one informed me of this.
I saw the nurse about 2 months ago, no
response by anyone as of yet. For almost 4-5
months I've been attempting to get a lump in
my throat looked at with no response.
My BOP, current, medical records attest to
this I even provided them my dentist letter
from Katherine McGrath. Under normal circumstances
this would warrant an ultrasound. I doubt
there would've been any response had I not kept writing copouts

The lump in my throat is fuzzy, half
the size of a dime, and at times very
pronounced especially when I swallow at
night while in bed. It becomes exacerbated
when I smoke. My BOP medical records
show that I mentioned that I smoked
over 2 packs a day for the last 10+ years.
I've been smoking since 17 years of age,
as the dentist letter I have attached
attests to. The situation at Fort Dix
has stretched resources and given the
current state of things if I were to
contract COVID my long-term health would
be put at risk. In 2013 I had a
check-up done at Dr. Feisee MD, Fairfax, V.A.
After a body scan a heart arythmea was
found. I believe this due to my heavy
smoking at the time. Dr. Feisee shreds
her records every 5 years, but the lab
may still have it. In 2017
Maria Hylton, counselor/psychologist ASAP,
Herndon, VA noted I needed inpatient
medical care, recommended INOVA inpatient,
for my severe drinking. I have emails.

Fairfax probation records should show that
I mentioned to my probation officer
Kent Hodgson that I was drinking
up to and over 5 bottles worth of wine liquor,
in alcohol content, on a daily basis.
My excessive drinking over the years has
caused liver or kidney pains, I do not
know which, that have persisted over the
last 3 years. I still feel them.

As I write this to you- today
8 inmates have been taken to
the COVID quarantine specific building
at 5851, meaning 8 inmates tested positive.
Yesterday 4 others were removed from
the building 5812:
- 'Duke' Morales Room 218 5L was taken to
the hospital by ambulance
- Derrick Walton, Room 337, 4L bed,
- Ruban Rodriguez Room 116 5L taken out, an
older hispanic male that utilized a breathing
apparatus
- Room 318 4U, Mr. Jones

In United States v. Ferrell (17-72-6)
his lawyer successfully argued "Mr. Ferrell is
particularly at risk for infection and serious
illness due to his confinement at Fort Dix. Mr.
Ferrell is housed in close quarters and shares
all showers, toilets, and sinks Upon information
and belief there are approximately 150 cases
confirmed of Coronavirus (this motion is months old)
among the FCI Fort Dix community and the
~~state~~ institution is not observing social
distancing protocols that are being followed
outside the prison walls." United States v. Michael Ferrell
17-72-6. Further his argument states:
"In 2018 bi-partisan Congress passed the
First Step Act which amends under which a
sentencing court could reduce a sentence for
extraordinary and compelling reasons' to a set of
enumerated circumstances instead providing
Federal sentencing courts extensive discretion to
make a determination based on the individual
circumstances before it. Of note Congress imposed
no limitations on Courts authority to make
such reductions and did not define what
constitutes extraordinary and compelling circumstances.
U.S.S.G. §1B1.13 - As the commissions language
indicates extraordinary and compelling reasons
for a sentence reduction may exist when
the defendant is not elderly, ill or having

difficulties (United States vs. Ferrell 17-72-6).
Mr. Ferrell completed 39 months of a 72
month sentence for conspiracy, and was
released 90 days early due to an
autistic stepson and because he was
at particular risk for COVID
while at Fort Dix (90 days early with
being an RDAP graduate).
With RDAP my release date is
July, 2021, I am rescheduled to
restart in 3 weeks

On April 22, 2020 a video emerged on
Instagram by an inmate at FCI Fort Dix,
which shows the aftermath of an incident in
which an inmate collapsed, vomiting during a
temperature check. His mask, bloodstained paper towels
and a smear of liquid are all that was left
after he was taken away.
Jeremy Roebuck, 'As COVID-19 spreads behind
bars at Fort Dix, inmates turn to contraband
cellphones, social media for help'
The Philadelphia Inquirer (May 4, 2020).
https://www.inquirer.com/news/coronavirus-fort-dix-
federal-prison-new-jersey-lawsuit-aclu-20200504.html

Social Distancing is Not Possible at
Fort Dix

April 2 Warden Ortiz memorandum to
inmates, word for ford: "Social distancing
is not possible in this environment."
See Wragg, et al., No. 1:20-CV-05496, Dkt. No 1 at 30
¶77: "Perversely the design of Fort Dix
means the fact that those confined
at Fort Dix are designated by the BOP as the
least dangerous prisoners (who) face heightened
risk from COVID-19. ¶77 Instead people confined
at Fort Dix are housed close together in
group quarters Id. at 31 ¶79. Social distancing

as a matter of design is simply impossible Id at 31, ¶79.①

~~Social distancing as an matter of design is impossible Id at 31, ¶79.~~

In United States V. Midgette, GJH-8-15-CR-00281-002 (pending before the court) his lawyer lays out:

"Reports describe the conditions at Fort Dix in alarming detail:

'A 75-year-old food server visibly ill with COVID-19 continued working for days. Empty soap dispensers and no paper towels. A senior staff member spraying a collapsed prisoner with disinfectant before removing his mask, which contained blood and green vomit.'... FCI Fort Dix is speeding towards a public health catastrophe." said ACLU-NJ Legal Director Jeanne LoCicero'

United States Vs. Midgette, GJH-8-15-CR-00281-002 page 17

At Fort Dix I sleep in a 25'x21' cell (Room 331, Bldg 5812, West Compound) with 6 other men. Social distancing is not possible. As of this writing about 4 or more people have tested positive, on my floor alone, in the last 24 hours. I share 6 toilets with over 100 other men on the third floor.② 4 toilets have been

1) ACLU NJ filed a mass habeas petition in District of New Jersey Wragg et al VS Ortiz et al No. 1:20-CV-05496,

2) The living conditions I mention here are similar to that described by another inmate See Exhibit A



out of order since my return to 5812 3 months ago.

Today I asked counselor E. Watson for a pair of surgical gloves. It is clear he had several boxes in his room and was wearing a pair. He told me "we don't do that here." Surprised I had to ask again to make sure I heard correctly and he replied "we don't do that here." Gloves are not sold in commissary. In fact we've been to commissary once in 6 weeks due to constant lockdowns. People are running out of toilet paper and hygeine items. I had to go almost 2 days without any and had to outright beg someone. The staff office hours have become erratic in 5812 In fact my counselor, counselor Thompson took time off starting on 6/22. Asking for toilet paper has been out of the question. Whenever the COVID spikes I've noticed staff taking vacations while we as inmates are stuck here - this havever has not stopped Fort Dix from shipping inmate in from other institutions, so I do not believe it is four our safety our unit teams in multiple buildings

go on leave whenever COVID-19 hits that
building. Please note we are issued 4 thin
sheet rolls of toilet paper and 8 oz of liquid
soap for shaving, showering etc. every 30 days.
Without commissary this institution simply
does not provide enough hygeine items for personal use
without a pandemic being taken into account.

Fort Dix Handling of COVID-19

On 6/22, 9:29 AM, C.O. Nikoh was
noted breaking quarantine. He went from building
5851 (quarantine building) to 5852 RDAP, where I
resided at the time, without changing his quarantine gear.
He had his gloves, visor, mask, apron, went to the
5852 ice machine reached inside and took ice back
to the COVID quarantine building. I witnessed this
first hand, as well as several RDAP peers did.
Inmate T. Greenlove of building 5852 wrote a
complaint to the inspector general. The BOP responded
by "he changed before he switched buildings."
When asked for the footage from the cameras by
T. Greenlove, the BOP failed to address his concern.
These exchanges are all documented on record.
On a side note, it does not make any sense for
Nikola to switch out of quarantine gear, into clean
quarantine gear just to come to a building that
isn't under quarantine to grab ice, where the C.O.'s
inside the building aren't required to wear
quarantine gear. This is all documented on record.

Many C.O.'s throughout the compound do <u>not</u> wear masks at all. For example between April & July C.O. A. Castelli did not wear a mask as he went from building to building doing counts. Several if not dozens of complaints were filed against him in the form of BP-8's and BP-9's until he started wearing it, and even then it was sporadic.

This lax attitude is reflected by the fact that the COVID quarantine building, S851 sits right on top of the laundry where laundry and sheet exchanges are done for the entire west side compound. Please refer to exhibit A to see the living conditions of an inmate that underwent quarantine. The only difference between ~~that~~ ~~the~~ what is described there and my experience, is that I'm actually affarded <u>less</u> protection from disease given my doors aren't seperated. I live in a building with 250 other inmates. As Wragg et al. US. Ortiz et al. skitesg "the fundamental structure of the law and minimum security Fort Dix facility makes it a COVID-19 deathtrap. No 1:20-CV-05496, Dkt No.2 at 32. Please refer to exhibit B for an analysis of BOP's atrocious handling of spread of COVID-19.

in general and how it affects me. Given
the current state of Fort Dix there is
little to no meaningful room for rehabilitation
for me being stuck in a building 24/7
terrorized by a deadly disease with virtually
no meaningful contact to the outside world
except for a couple of phone calls a day.
Given my background and psychological history
further isolation is not in the interest of my
rehabilitation or health.

In United States v. Muniz 4:09-cr-199,
2020 WL 1540325: "While the court
is aware of measures taken by the Federal
Bureau of Prisons, news reports of the virus's
spread in detention centers... demonstrate
that individuals housed within our prison
systems nonetheless remain particularly vulnerable
to infection."
Being locked inside of a 250 man building
afflicted by COVID puts my health and safety
at risk, with absolutely nowhere to go,
wondering on a daily basis if I will be
next. As I am writing this, on
Saturday 6/24, 21 total inmates have been
removed from our building. In light of all
of this the C.O.'s don't walk or patrol
the halls like normal.

Please refer to exhibit B to get an overview of how the BOP reports COVID cases. It is so bad here that they removed the infected beds from floor 3, 2 days after the inmates were removed, and placed them in the back stairwell, near the 3rd floor door, 10' from the bathroom and showers. We have to pass the door to get to the bathroom, so we have to come in 1' range of the beds. This is not only not safe it is barbarous

# Fort Dix and My Specific Needs

Your honor, you yourself recommended me for completion of my sentence at a medical facility in Cincinatti due to my autism. I have been placed in a facility alongside inmates with violent backgrounds, and convictions. My second week here I was assaulted by an inmate demanding my paperwork. If needed I can provide his name and a signed list of people who witnessed it. I've witnessed multiple stabbings and fights I'm in a facility with copious amounts of liquor and "K2" or "Duece" as it is called, and it has taken a lot of effort to become and stay sober while here. Over the last 10 months all I have had has been a single shot of liquor.

So far 3 psychologists have attested to my being autistic. One of them being Darshnell Curry, psychologist of AM RDAP. She answered another peers inquiry, in confidence and when asked, that I am in fact autistic. He informed me of this later on, mentioning he himself believed I am autistic.

~~Another psychologist on the compound, so before mentioned who had been here as a person~~

While I have been here I have had no visits since March, no video messaging is available, and I am not allowed access to email or public messaging. My only way to contact the outside world is through 500 minutes of phone time every month. I do not receive newsletters, information, emails ... I am in the dark. For the last 8 months over 60% of my time has been spent being locked inside of a building, 24/7 with no time outside, which is about twice the size of my former residence. I live with 250+ other men.

There is almost no programming, except for RDAP, and self-reading cert courses. There is no education, compound activities, for the most part I'm not allowed outside. I complete my physical activity workouts in a dirty 15x13' room, with dirty tiles, an open air vent, a room which isn't always open. The only cardio machine is a bike they bought us at the beginning of lockdown, which hasn't been assembled properly so it gets jammed. Given COVID is now in the building, exercising has been put to the side for now.

I haven't had access to the law library for 3 months. On Wednesday I asked counselor Thompson to fix my issue to work on my motion, he said he was going on vacation.

This environment is not fit for meaningful rehabilitation especially for a person with social developmental challenges, who is autistic, and has no violence in his history

## Update

On 6/25 as I am writing this about 27 other inmates were removed today at around 3pm, when abruptly we were locked in to our specific floors. There are reports of some people looking sick. I will describe it all in detail now.

On 6/25 Following inmates taken from
3rd floors

Tyrone, Williams                        Anderson, Ian
Walker, Myers                        Smith, Derrick
Mitchell, Cobb                     Beasly, David

Alesandro Ismael ~179 (Alaska)
Stefan, Mosely - staff told him he is asymptomatic
Francis, Blake , NY
Brian, Kelson - ~067 Pennsylvania Room 321 30 yrs old
Fawad, Syed    53 years old    Room 326

2nd floor
Kevin, Garner tested 1 month ago for
surgery - negative - this week he tested positive

Palmer, Michael            You can reach out
Heard, Chris               to C.O. Costano working
Midgette, Shawn           that day, or C.O. Rolland
                       to confirm all of this.

Under BOP resource page last week
107 positive cases. As of today it says
160. BOP resource page for Fort Dix.
People are both symptomatic (sweating, vomiting) and asymptomatic.
About 1.5 hours after people were taken the
back stairwell was opened for inmates
to move around. We had to walk
just inches from contaminated mattresses.
1st floor back stairwell had blankets,
pillows piled up. One pillow had a stain from
what looks like a large pool of sweat.

I've been made aware by another inmate that
as of October 6 being a former smoker is
considered a serious risk factor for COVID-19
by the CDC. According to the DOJ,
any serious risk factors are considered extraordinary
and compelling reasons for granting compassionate
release under 18 USC 3582(c)(1)(A)(i)(d).

## Danger To The Community

Your honor, my crime carries one of the
lowest recidivism rates (refer to Mr. Citronbergs
argument at my sentencing). There were
27 months between the initial ~~raide~~
raid and date of my arrest with no further
incidents. I met the agents at an agreed
upon location, after they phoned me, I
asked if I was under arrest, and concluded
that I was. I've been diagnosed
autistic by 3 psychologists, including
a BOP psychologist Darshnell Curry
who confided to another RDAP peer
she believed I am autistic. I remember
at my sentencing Mr. Citronberg made

the argument that Judge Ellis of Eastern District of Virginia sentenced an autistic man to about 36 months in prison, wheras he had a 30 to life sentencing guidline, Judge Ellis citing autism as the underlying reason for the comparitavely low sentence.

I've actively sought out prison psychological help through Dr. L. Postorino, well **before** COVID-19 was an issue, signaling my desire to rehabilitate myself. I've discussed my crime with her to some extent. Shes taught me behavioral control exercises (the ABC's, anger control, physical exercises) to help control myself and modify my behavior. I took and completed Anger Management with L. Postorino.

I've had no disciplinary issues, or shots while in custody.

I do not have a violent background or convictions

There was a 27 month gap where there were no more incidents of me engaging in this behavior.

## Deterrance

I have hurt my family, myself, and the people that were invested in me and in this case. I hurt my employer who trusted me, and family friends who have supported my parents through my ordeal.

The last thing I thought I was doing was hurting anyone by looking at this material. Reality sunk in when victims came forward for compensation.

I will forever carry this stain, but I am going to work to not let it define my.

While here I've become completely fluent in French and Farsi. I've dedicated about 8-10 hours a day on average (I am not kidding) studying over the last year. I have receipts dating back over a year for hundreds of dollars for CD's and textbooks from Amazon

and ebay. (Unfortunately the library has been closed since April, so I can't use the CD's I donated).

My goal is to get expert level language certifications in Farsi and French. ~~I've~~ ⚡Coupled with my other skills I believe this will lead to employment for me. I was an E-Discovery tech at Driven Inc. for 19 months and I maintain a reference from there. I have a SQL expert cert. I was even thinking about starting to learn Arabic.

I am planning to go to Grad school, potentially for an applied economics or math degree. I am good at focusing on one thing and learning it well. I had all of these plans before this horrible experience. I was actively interviewing at Lighthouse E-Discovery, Morae Discovery for high paying jobs.

It's an uphill battle for me but I believe I've already taken

the right steps to reintegrate back into society.

If I am not mistaken, being a former smoker puts me under serious risk factors category, as of Oct 6, according to the CDC.

According to the Department of Justice any serious risk factor is considered extraordinary and compelling reason for granting compassionate release 18 USC 3582(c)(1)(a)(i)(d).

I am requesting my compassionate release under 3582(c)(1).

Being released early would mean a world of difference for my future and it is not something I would take lightly or squander.

I honestly did not intend any harm to anyone, including the victims of the material I consumed.