October 28th, 2020

Mina Fakoor
24128 Pleasant Ridge Pl
Aldie, Virginia 20105

To Honorable Judge Anthony John Trenga,

This is Mina Fakoor, mother of Hares Fakoor, writing regarding my son. Hares has reached out to me recently expressing his concerns of the state of FCI Fort Dix currently. He has been very worried these past few weeks after seeing inmate after inmate test positive for COVID-19 and be placed under quarantine. According to him, there has been over 60 people (in a building of 300) in the last week or so alone that have tested positive and while some are showing symptoms, there may be many more that are awaiting testing and others that may even be asymptomatic. Over the course of the past few days, he has been expressing his worries to me over the phone and has requested that we reach out to you to try and ask for a solution to the issue before he could be inadvertently exposed to the virus.

As of October 6th, the Center for Disease Control updated the list of risk factors associated with COVID-19 which explains the types of people that are at increased risk of contracting the disease. This includes those who are obese, overweight, who smoke, or have a history of smoking. If you take a look at Hares's medical file, you will come to the conclusion that he falls within this category of people the CDC mentions in their October 6th update. After verifying that this is true, it is important to note the Department of Justice's statement in July of 2020 which mentions that any serious risk factors fall under extraordinary and compelling circumstances for compassionate release [U.S.C. 3582 (c)(1)(A)].

For all of the reasons previously mentioned, we ask that you please consider this request carefully and considerately and find it within you to sympathize with Hares and his family as the world braces through this difficult time. Thank you.

Sincerely,

*Mina Fakoor*

Mina Fakoor

Mina Fakoor
24128 Pleasant Ridge PL
Aldie VA 20105



NOVA 220

3 NOV 2020 PM 4 L

US MARSHALS SERVICE

To: Judge Anthony John Trenga,
401 Courthouse square,
Alexandria, VA 22314

RECEIVED MAILROOM
NOV - 5 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

22314-570499

