TYPE OF HEARING:  R5(SVR)
CASE NUMBER:  1:18-cr-355
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 7/26/2022
TIME: 2:00 p.m.
DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

       VS.

    Hares Fakoor

Govt Counsel:  Jacqueline Campione

Deft Counsel:   w/o counsel

Duty AFPD:

Interpreter:

Deft informed of rights, charges, and penalties (  )
Deft informed of rights, and violations (x)
Court to appoint counsel:(x) FPD (x) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (  )

Matter set for status.

Gov't is not seeking detention.

Deft is recognized to appear at further proceedings.

NEXT COURT APPEARANCE:  7/28/2022    Status

TIME:        10:00 a.m.

JUDGE: IDD