# UNITED STATES DISTRICT COURT

## FOR

## THE EASTERN DISTRICT OF VIRGINIA

**U.S.A. vs. Hares Fakoor**                                      **Docket No. 1:18CR00355**

### Addendum to
### Petition on Supervised Release
### Submitted on July 6, 2022

Subsequent to the petition submitted to Your Honor on July 6, 2022, it is alleged that the defendant is again in violation of his supervised release, as follows:

**SPECIAL CONDITION 10:**     **THE DEFENDANT SHALL NOT POSSESS OR USE A COMPUTER TO ACCESS ANY ONLINE COMPUTER SERVICES AT ANY LOCATION, INCLUDING EMPLOYMENT, WITHOUT THE PRIOR APPROVAL OF THE PROBATION OFFICER.**

Our office recently received the defendant's lifetime sexual history polygraph examination conducted on October 21, 2022. During this examination, the defendant disclosed that he had again accessed the internet on numerous occasions knowing he was prohibited from doing so. The defendant stated that he did so only to look for employment and to study and that his mother was present with him when he accessed the internet. The defendant's examination was found to be truthful.

During an office visit on November 2, 2022, the defendant confirmed his disclosure in the polygraph examination on October 21, 2022.

The defendant did not ask for or obtain permission to access the internet from the probation office.

### ORDER OF COURT

Considered and ordered this ___7___ day of <u>November</u> 2022, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_____
Anthony J. Trenga
Senior United States District Judge

_____
Anthony J. Trenga
Senior United States District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **November 7, 2022**

*BE Raymond*   Digitally signed by Barry E. Raymond
Date: 2022.11.07 13:08:40 -05'00'

**Barry E. Raymond**
**Senior U.S. Probation Officer**
**703-366-2133**

Place: <u>Manassas, Virginia</u>