AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cr-355-AJT |
| HARES FAKOOR ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 10/19/2023

/s/
*Attorney's signature*

R. Owen Dunn, D.C. Bar No. 1044290
*Printed name and bar number*

Special Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

ralf.dunn@usdoj.gov
*E-mail address*

(703) 299-3927
*Telephone number*

(703) 299-3980
*FAX number*