IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO.1:18CR355 |
| | ) |
| | ) |
| HARES FAKOOR | ) |
|     Defendant. | ) |

REPORT OF HEARING ON
VIOLATION OF SUPERVISED RELEASE AND ORDER

    THIS CAUSE came on October 24, 2023, for an initial appearance before the undersigned Magistrate Judge on the charge that defendant HARES FAKOOR violated the terms of supervised release imposed by the Honorable Anthony J. Trenga, United States District Judge for the Eastern District of Virginia.

    At the hearing on October 24, 2023, defendant appeared without counsel, the United States was represented by K. Richardson, Esquire.

    The defendant was informed of rights, charges, and violations. The Court appointed counsel and the matter was continued to October 26, 2023 to ensure counsel entered their appearance. On October 24, 2023 counsel entered his appearance and requested the status conference be removed from the docket for October 26, 2023 and defendant be continued on the same terms and conditions, wherefore,

It is hereby,

ORDERED that for the reasons stated on the record the defendant HARES FAKOOR is continued on the same terms and conditions and shall appear before the Honorable Anthony J. Trenga, at 9:00 a.m. on Wednesday, November 15, 2023 for further proceedings.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge

October 26, 2023
Alexandria, Virginia