AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED

2026 MAY -7 P 3: 05

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Hares Fakoor | ) CaseNo. 1:18-cr-355 |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place:      401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:301 |
|---|---|
| | Date and Time:<br>6/2/2026 at 10:00<br>am |

This offense is briefly described as follows:

See Attached  Document

Date:        5/5/2026

_____
*Issuing officer's signature*

Lynnelle Creek- Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  05|07|26                   *Arielle Deem*
                                 *Server's signature*

                                 Arielle Deem  DUSM
                                 *Printed name and title*



AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address):* _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of

process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the

United States: _____

_____

**PROOF OF SERVICE**

This summons was received by me on *(date)* ___May 7, 2026___.

☐ I personally served the summons on this defendant _____ at

*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____ , a person of suitable age and discretion who resides

there, and I mailed a copy to the individual's last known address; or

☑ I delivered a copy of the summons to *(name of individual)* ___Daniel Goldman___ ,

who is authorized to receive service of process on behalf of *(name of organization)* ___Hares___

___Fakoor___ on *(date)* ___May 7, 26___ and I mailed a copy to

the organizations's last known address within the district or to its principal place of business elsewhere in the

United States; or

☐ The summons was returned unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date returned: ___May 7, 26___        ___Arielle Deem___
                                              *Server's signature*

                                        ___Arielle Deem    DUSM___
                                              *Printed name and title*

Remarks: